# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN RICHARD

NO. 2025 KW 1104

**JANUARY 9, 2026**

---

In Re:   John Richard, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 599616.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The Corrections Administrative Remedy Procedure (CARP), La. R.S. 15:1171-1179, is the exclusive remedy by which an offender may challenge the Department of Public Safety and Corrections alleged failure to comply with the district court's Order, and the proper venue is East Baton Rouge Parish.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT